Emmitt JONES *v.* STATE of Arkansas

CR 03-491 147 S.W.3d 690

Supreme Court of Arkansas
Opinion delivered February 19, 2004

*William M. Howard, Jr.*, for appellant.

No response.

PER CURIAM. Appellant Emmitt Jones, by his attorney, William M. Howard, Jr., has filed a motion for rule on the clerk. Mr. Howard admits that the record was tendered late due to a mistake on his part.

 We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the

motion. *See Terry v.* State, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.